**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

────────────

**No. 23-6147**

────────────

PHIL CAPRICE HOWARD,

         Petitioner - Appellant,

     v.

S. JANSON, Warden; UNITED STATES OF AMERICA,

         Respondents - Appellees.

────────────

Appeal from the United States District Court for the District of South Carolina, at Aiken. Bruce H. Hendricks, District Judge.  (1:22-cv-03824-BHH)

────────────

Submitted:  October 19, 2023                    Decided:  October 24, 2023

────────────

Before KING and WYNN, Circuit Judges, and TRAXLER, Senior Circuit Judge.

────────────

Affirmed by unpublished per curiam opinion.

────────────

Phil Caprice Howard, Appellant Pro Se.

────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Phil Caprice Howard, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and dismissing without prejudice Howard's 28 U.S.C. § 2241 petition in which Howard challenged the execution of his sentence.  We have reviewed the record and find no reversible error.  Accordingly, we affirm the district court's order.  *Howard v. Janson*, No. 1:22-cv-03824-BHH (D.S.C. Feb. 9, 2023).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*